ILND 450 (Rev. 10/13) Judgment in a Civil Action

**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Cassandra Baker

Plaintiff(s),

v.

Cassava Sciences, Inc. et al,

Defendant(s).

Case No.  24-cv-977
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐  in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐  in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒  other: The Court grants in part and denies in part Bozorgi's motion to intervene, transfer this case to the Western District of Texas, and vacate the lead plaintiff deadline.  The Court allows Bozorgi to intervene in this case.  The Court further orders the Clerk to transfer this case to the U.S. District Court for the Western District of Texas.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis.

Date:  5/28/2024

Thomas G. Bruton, Clerk of Court

Rhonda Johnson, Deputy Clerk